**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY LEE DOSS, | 1:08-cv-00638 OWW DLB HC |
| Petitioner, | ORDER REQUIRING PETITIONER TO SUBMIT SIGNED DECLARATION; DUE WITHIN TWENTY DAYS OF THE DATE OF SERVICE |
| v. | |
| JAMES D. HARTLEY, Warden | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on May 8, 2008. Upon examination of the petition, the Court has discovered that the petition does not contain an original signature. Local Rule 7-131 requires a document submitted to the Court for filing to include an original signature. In addition, Rule 2 of the Rules Governing Section 2254 Cases requires a petition for writ of habeas corpus to "be signed under penalty of perjury by the petitioner." Rule 2(c), Rules Governing Section 2254 Cases.

In light of the difficulty in having petitioner submit an entire new habeas corpus petition, Petitioner is ORDERED to submit a document stating that he submitted the instant Petition to the Court and signed it under penalty of perjury. The document should contain an original signature also made under penalty of perjury.

Petitioner is GRANTED **twenty (20)** days from the date of service of this order to

comply with the Court's directive.  Petitioner is forewarned that failure to comply with a Court order will result in dismissal of the petition pursuant to Local Rule 11-110.

IT IS SO ORDERED.

Dated: **May 30, 2008**          **/s/ Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE